No. 1173. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. *v.* SMOOT. C. A. 5th Cir. Certiorari denied. *John J. Bouhan* and *Glenn B. Hester* for petitioner. *Alton D. Kitchings* for respondent.

No. 1081. BROWN *v.* CLIFFORD, SECRETARY OF DEFENSE, ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Melvin L. Wulf, Emerson L. Darnell* and *Marvin M. Karpatkin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Jerome M. Feit* for respondents.

No. 1145. PASCENTE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Edward J. Calihan, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1109. MARSHALL ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Leonard R. Mellon* and *Harvey R. Klein* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 375, Misc. JEFFERS *v.* GLADDEN, WARDEN. C. A. 9th Cir. Certiorari denied. *Charles O. Porter* for petitioner. *Robert Y. Thornton,* Attorney General of Oregon, and *David H. Blunt,* Assistant Attorney General, for respondent.